**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **IAN STANDRING,** | ) |
| **PETITIONER** | ) ) ) |
| v. | )     **CIVIL NO. 10-321-B-H** |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| **RESPONDENT** | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 1, 2010, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2254 Petition. Standring did not file an objection to the Recommended Decision, despite the Magistrate Judge's explicit direction that he must do so or waive his right to *de novo* review and to appeal the district court's order. Apparently Standring interpreted the Recommended Decision as a final decision and ignored the Notice at the end of the decision. Within the time to object, he requested a certificate of appealability "because I just received a notice of denial on my appeal of habeas corpus." If I treat his request for a certificate of appeal as <u>both</u> an objection to the Recommended Decision <u>and</u> a request for certificate of appealability if the Recommended Decision is affirmed, I nevertheless affirm the Magistrate Judge's Recommended Decision.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters

adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition for 28 U.S.C. § 2254 relief is **DENIED**.

Further, I find that a certificate of appealability should not issue in the event that Standring files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 27TH DAY OF OCTOBER, 2010**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**